IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELLIS J. LARD,
    Petitioner                :

                               :

    vs.                              :    CIVIL ACTION NO. 1:CV-00-1506
                                              (Judge Caldwell)
                               :    (Magistrate Judge Blewitt)
J. J. CLARK, Warden,
    Respondent               :

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    On August 28, 2000, the magistrate judge recommended we deny Plaintiff Ellis J. Lard's petition requesting a transfer from USP-Allenwood. On September 25, 2000, we adopted that report, noting that Plaintiff had not filed any exceptions to the magistrate judge's recommendation. On October 12, 2000, we denied Plaintiff's motion to alter or amend that order.

    Before us now is a letter from Plaintiff complaining about matters that do not relate to the subject of the petition, for the most part. We construe this letter as objections to the August 28, 2000 report and recommendation of the magistrate judge. We received these objections on February 22, 2001, over five months after they were due.

Accordingly, this 02nd day of March, 2001, it is ordered that Plaintiff's objections, filed February 22, 2001 (Doc. No. 8), are stricken as untimely.

*William W. Caldwell*
William W. Caldwell
United States District Judge

2

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * M:

Re:  1:00-cv-01506   Lard

> Please send Lard the forms he has requested at the end of his letter, attached.
>
> 2.
>
> This is a closed case —
> Send attached letter & this order to original file.

True and correct copies o
to the following:

Ellis J. Lard
USP-ALLENWOOD
Maximum Security Co:
10137-026
P.O. Box 3000
White Deer, PA  17887

cc:
Judge                           (✓)         ( ) Pro Se Law Clerk
Magistrate Judge                ( )         ( ) INS
U.S. Marshal                    ( )         ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )         > All forms send as per request.
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
Other _send proper forms_       ( )
                                                       MARY E. D'ANDREA, Clerk

DATE: ___3/2/01___              BY: _____
                                    Deputy Clerk