# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

August 6, 2001

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-

United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148

RECEIVED
SCRANTON

AUG - 9 2001

MARY E. D'ANDREA, CLERK
Per _____
/Deputy Clerk

RE:   LARD vs. CLARK
      00-cv-1506(M.D. OF PA)

Dear Clerk:

The attached was received in our office this day from the United States District Court for the District of Illinois. It appears this was received in error.

Very truly yours,
MICHAEL E. KUNZ
Clerk of Court

By: _____
Dennis Taylor, Deputy Clerk



# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

Aug 3, 2001

Clerk, U. S. District Court
Middle District of Pennsylvania
2609 US Courthouse
601 Market Street
Philadelphia, PA 19106-1798



Re: Lard vs. Clark
Case number unknown
00-CV-1506

Dear Clerk:

Enclosed please find copies of pleadings submitted to our office for filing. This case was transferred to your Court on August 14, 2000.

If you have any questions, please feel free to contact our office at the above number.

Sincerely,

JOHN M. WATERS, CLERK



To. Honorable mr, Joe Billy mc Dade u.S. Distract Court for Central District of Illinois 117 N, E monroe Strut pearia Illinois Zip Code, 61602

From. mr, E,J, LARd, SR, A/K/A, true-top u.S. m. Reg #0133-026 U.S. medical Center for federal prisoners p.o, Box 4000 Springfield missouri Zip Code, 65801-4000

I'm writing you Sir Because I'm Requesting for the the Hard facts of the Back ground of the June 22, 1994 Court ordered of protection on me and my family members of my family tree Relations and future more the Court well ordered that I keep all Court Documents and Criminal Complaint Documents transcripts of April 28, 1994 in my possession at all time to protection me and my family members from Being kill or Serious Bodily Harm did to us and at No time are my Criminal Complaint Documents transcripts are Not to Be Shows on any Night Club or Bulletin Boards se the public may See it and Read it and find out who put me in federal prisons and this well keep any of my family members from Being put in jail abught and I would like a Copies of that Statement By U.S. Judge mr, Joe B. mc Dade as to Criminal procedure under title 18 united States Code 922(G),(1) of of Arse and Criminal procedure under title 18 united States Code 922(8) Sections (A) and (B) part (A) is Being the Subject the Bar facts of court ordered of June 22, 1994 in united States District Court for the Central District of Illinois peoria Division and part (B) Being

Date
page.2                                    2001

(A) and (B) as Request By Law under the provision title 28 united States Code, 753(F) as of federal being take force of the proceeding in this Case at government Expense and I here By Wilignates for inclusion in the Recordings of all Court Appeals transcripts that was proceedings on this Date June 22, 1994 this motion is Based on the Affedavit of myself in the united States District Court there in of my Case for these copieds alright and Criminal Docket for Case No. 94-40009

I would like a Response Back from you Sir as to this matter By or 5 working ways Has pass from the above Date please in writing alright from the Guy Name to the right of this Requesting Because the Federal Bureau prisons officers are violation of Civil rights and the Court order of protection of me and my Family member of my family tree Relations Help me I Have Been Stab-up as well

this the _____ Day of _____
Respedfully Submitted By
From mr. E, J, LARd, SR, A/K/A. true -top U.S. m Reg # 10137-026 and F.B. Reg # 827316 AAO place of Birth mouise illinois

[fingerprints: Rt Right thumb | Rt Right index]

U.S. medical center for federal prisoner's P.O. Box 4000
Springfield, Missouri
Zip Code 65801-4000
telephone (417) 862-7041

this the _____ Day of _____
Respedfully Submitted to the Honorable mr. JOE BILLy McDADE U.S. District Judge Legal Address U.S. District Court for Central District of Illinois 117 N.E. monroe Street peoria Illinois Zip Code. 61602

P.S I would like to point out you see my civil rights of the 5th Amendment are being violation By federal Bureau of prisons police is By having me placed in a cell where the cell is verbal So it can pick up what I Be thinking in my Head and that a civil rights violation of the 8th Amendment and I Have try to kill with there. Assault team of feder Bureau of prisons police officers and the Bureau of prisons police officers are trying make like I was sentence some ki of Wild sentence when I was Not you know Sir I was Not I'm Really in Need your help Because these Bureau of prisons police officer Really trying to kill and ever Body that look li me yes Real Help us did me alright